

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2021

No. 04-21-00336-CV

In re Greg **ABBOTT**, in his official capacity as Governor of The State of Texas

Original Proceeding[1]

### ORDER

In accordance with this court's memorandum opinion of this date, relator's petition for a writ of mandamus and emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 13, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021CI16133, styled *City of San Antonio and Bexar County v. Greg Abbott, in his official capacity as Governor of Texas*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.